IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BPZ Resources, Inc., | § | Case No.: 15-60016 |
| | § | |
| Debtor. | § | |

**NOTICE OF DESIGNATION OF COMPLEX CHAPTER 11 CASE**

BPZ Resources, Inc. (the "Debtor") filed its voluntary petition for relief pursuant to Chapter 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") on March 9, 2015. The Debtor believes its bankruptcy case (the "Case") qualifies, under General Order 2009-2, as a Complex Chapter 11 Bankruptcy case because:

1. As of September 30, 2014 (according to the 10-Q filed on November 7, 2014) the Debtor lists aggregate liabilities of $275,247,000.

2. There are more than 50 parties-in-interest in the Case.

3. Shares of the Debtor are publicly traded.

4. There is a significant need for simplification of noticing and hearing procedures to reduce delays and expenses in this Case.

1

Dated: March 9, 2015

Respectfully submitted,

HAWASH MEADE GASTON NEESE & CICACK LLP

By: /s/ Walter J. Cicack
WALTER CICACK
Texas State Bar No. 04250535
2118 Smith Street
Houston, Texas 77002
Telephone: (713) 658-9001
Facsimile: (713) 658-9011

and

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (*pro hac vice* application pending)
Frank A. Merola (*pro hac vice* application pending)
Matthew G. Garofalo (*pro hac vice* application pending)
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

PROPOSED ATTORNEYS FOR THE DEBTOR AND
DEBTOR-IN-POSSESSION

2