UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Main Case Number | 15-60016 |
|---|---|---|---|
| | Debtor | In Re: | BPZ Resources, Inc. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael S. Stamer<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park, Bank of America Tower<br>New York, New York  10036-6745<br>Telephone: (212) 872-1025 \| Email: mstamer@akingump.com<br>Admitted:  New York State, Bar No. 2335800<br>Admitted:  New Jersey State, Bar No. 036791989<br>Admitted:  United States District Court for the Eastern, Southern and Northern Districts of New York; United States District Court for the District of New Jersey |

| Name of party applicant seeks to appear for: | Ad Hoc Group of Convertible Noteholders |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/10/2015 | Signed: [signature] |
|---|---|
| The state bar reports that the applicant's status is: Good Standing | |
| Dated: | Clerk's signature: |

**Order** — **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                    United States Bankruptcy Judge