**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas  77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **BPZ RESOURCES, INC.** | § | **15-60016** |
| | § | **(Chapter 11)** |
| **DEBTOR** | § | |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for the Southern District of Texas, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| 1. Wells Fargo Bank, N.A., as Trustee<br>Attn: Thomas M. Korsman<br>625 Marquette Avenue, 16th Floor<br>MAC:  N9311-161<br>Minneapolis, MN  55402<br>Tel. 612-466-5890<br>Fax 866-680-1777<br>E-Mail:<br>thomas.m.korsman@wellsfargo.com | Arent Fox L.L.P.<br>Andrew I. Silfen, Esq.<br>Leah M. Eisenberg, Esq.<br>1675 Broadway<br>New York, NY  10019<br>Tel. 212-484-3900<br>Fax 212-484-3990<br>E-Mail: andrew.silfen@arentfox.com<br>E-Mail: leah.eisenberg@arentfox.com |

| | |
|---|---|
| 2. Indaba Capital Fund, L.P.<br>   c/o Indaba Capital Management<br>   Attn: Thomas E. McConnon<br>   One Letterman Drive<br>   Building D, Suite DM700<br>   San Francisco, CA  94129<br>   Tel. 415-680-1180<br>   Fax 415-680-1181<br>   E-Mail: tmcconnon@indabacapital.com | Akin Gump Strauss Hauer & Feld L.L.P.<br>Michael Stamer, Esq.<br>Meredith Lahaie, Esq.<br>One Bryant Park<br>New York, NY  10036-6745<br>Tel. 212-872-1000<br>Fax 212-872-1002<br>E-Mail: mstamer@akingump.com<br>E-Mail: mlahaie@akingump.com |
| 3. Silverback Asset Management, L.L.C.<br>   Attn: Dan Magid<br>   1414 Raleigh Rd., Suite 250<br>   Chapel Hill, NC  27517<br>   Tel. 919-969-9300<br>   Fax 919-969-9828<br>   E-Mail: dmagid@silverbackasset.com | |
| 4. Frederick T. Greene<br>   1599 Lake Robbins Dr. #200<br>   The Woodlands, TX  77381<br>   Tel. 832-375-2513<br>   Fax 832-375-3513<br>   E-Mail:<br>   fred.greene@woodforestfinancial.com | |
| 5. Robert C. Kinnear Jr.<br>   14 East Horizon Ridge Place<br>   The Woodlands, TX  77381<br>   Tel. 281-364-8882<br>   E-Mail: bob.kinnear@att.net | |

Date: April 14, 2015                    Respectfully Submitted,

                                            JUDY A. ROBBINS
                                            UNITED STATES TRUSTEE

                                       By:     /s/ Hector Duran
                                                    Hector Duran
                                                    Texas Bar No. 00783996/Fed. ID No. 15243
                                                    515 Rusk, Suite 3516
                                                    Houston, Texas  77002
                                                    Telephone:  (713) 718-4650 x 241
                                                    Fax:  (713) 718-4670
                                                    E-Mail: hector.duran.jr@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on each member of the Committee of Unsecured Creditors and their counsel, and to the Debtor, Debtor's counsel, parties requesting notice, and the twenty largest unsecured creditors by United States Mail, first class, postage prepaid, or by ECF notification or BNC service, on the 14th day of April, 2015. The noticing agent will serve it and file an affidavit of service.

/s/ Hector Duran
Hector Duran