IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BPZ Resources, Inc., | § | Case No.: 15-60016 (DRJ) |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as proposed counsel for the Official Committee of Unsecured Creditors (the "Committee"), pursuant to Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents filed or entered in this case be transmitted to:

Michael S. Stamer
Meredith A. Lahaie
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY  10036-6745
Telephone:  (212) 872-1000
Facsimile:   (212) 872-1002
Email: mstamer@akingump.com
            mlahaie@akingump.com

Charles R. Gibbs
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343
Email: cgibbs@akingump.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in

support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtor or which affects or seeks to affect in any way the rights or interests of the Committee or any other party in interest in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Committee to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 19, 2015

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Charles R. Gibbs*
Charles R. Gibbs (SBN:  07846300)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (Telephone)
(214) 969-4343 (Facsimile)

– and –

Michael S. Stamer (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
New York, NY  10036-6745
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 19th day of May 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of Texas and was served upon the parties eligible to receive notice through the Bankruptcy Court's ECF facilities by electronic mail and was served on all parties listed on the attached Master Service List as last filed by the Debtor on May 8, 2015 [Docket No. 152] via first class U.S. Mail, postage prepaid.

*/s/ Charles R. Gibbs*
Charles R. Gibbs

Master Service List
as of May 8, 2015

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | MICHAEL S. STAMER & MEREDITH LAHAIE | ONE BRYANT PARK | BANK OF AMERICA TOWER | | NEW YORK | NY | 10036-6745 | | 212-872-1025 | 212-872-1002 | mstamer@akingump.com; mlahaie@akingump.com | COUNSEL FOR THE AD HOC GROUP; COUNSEL TO INDABA CAPITAL FUND |
| ARENT FOX LLP | ANDREW I SILFEN & LEAH M EISENBERG | 1675 BROADWAY | | | NEW YORK | NY | 10019 | | 212-4843900 | 212-484-3990 | andrew.silfen@arentfox.com; leah.eisenberg@arentfox.com | COUNSEL TO WELLS FARGO NA IN ITS CAPACITY AS TRUSTEE RE INDENTURE AS OF 2/8/2010 AND INDENTURE AS OF 9/24/2013 |
| BAKER &HOSTETLER, LLP | PAMELA GALE JOHNSON | 811 MAIN STREET, SUITE 1100 | | | HOUSTON | TX | 77002-6111 | | 713-646-1324 | 713-751-1717 | pjohnson@bakerlaw.com | SPECIAL COUNSEL TO THE DEBTOR |
| BAY TRACT CORPORATION | ATTN DIRECTOR OR OFFICER | 440 ROUTE 198 | | | WOODSTOCK VALLEY | CT | 06282-2427 | | 860-315-7372 | 860-974-2229 | | 20 LARGEST UNSECURED CREDITORS |
| CGG SERVICES (U.S.) INC. | ATTN DIRECTOR OR OFFICER | 10300 TOWN PARK DRIVE | | | HOUSTON | TX | 77072 | | 832-351-8300 | 832-351-8701 | | 20 LARGEST UNSECURED CREDITORS |
| COMPUTERSHARE | ATTN DIRECTOR OR OFFICER | 250 ROYALL ST | | | CANTON | MA | 02021 | | 781-575-2000 | 781-575-4210 | | 20 LARGEST UNSECURED CREDITORS |
| EQUITY METHODS, LLC | ATTN DIRECTOR OR OFFICER | 15300 N. 90TH STREET SUITE 400 | | | SCOTTSDALE | AZ | 85260 | | 480-428-3344 | 480-767-1374 | | 20 LARGEST UNSECURED CREDITORS |
| FOLIOfN INVESTMENTS, INC. | ATTN DIRECTOR OR OFFICER | 8180 GREENSBORO DRIVE 8TH FLOOR | | | MCLEAN | VA | 22102 | | 703-245-5772 | 703-649-6288 | | 20 LARGEST UNSECURED CREDITORS |
| FREDERICK T. GREENE | | 1599 LAKE ROBBINS DR. #200 | | | THE WOODLANDS | TX | 77381 | | 832-375-2513 | 832-375-3513 | fred.greene@woodforestfinancial.com | MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |
| HAWASH MEADE GASTON NEESE & CICACK LLP | WALTER CICACK | 2118 SMITH STREET | | | HOUSTON | TX | 77002 | | 713-658-9001 | 713-658-9011 | | LOCAL COUNSEL TO THE DEBTOR |
| INDABA CAPITAL FUND LP c/o INDABA CAPITAL MANAGEMENT | THOMAS E MCCONNON | 1 LETTERMAN DRIVE | BUILDING D STE DM700 | | SAN FRANCISCO | CA | 94129 | | 415-680-1180 | 415-680-1181 | tmcconnon@indabacapital.com | MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 11601 ROOSEVELET BLVD | MAIL DROP N781 | | PHILADELPHIA | PA | 10154 | | 800-913-9358 | | | INTERNAL REVENUE SERVICE |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19114-0326 | | 800-913-9358 | | | INTERNAL REVENUE SERVICE |
| INTERNAL REVENUE SERVICE | | DEPARTMENT OF THE TREASURY | | | AUSTIN | TX | 73301 | | 512-462-7002 | | | INTERNAL REVENUE SERVICE |
| INTERNAL REVENUE SERVICE | | PO BOX 105703 | | | ATLANTA | GA | 30348-5703 | | | | | INTERNAL REVENUE SERVICE |
| INTERNAL REVENUE SERVICE GCLS | | 1919 SMITH ST | | | HOUSTON | TX | 77002 | | | | | INTERNAL REVENUE SERVICE |
| JOHN HANCOCK | JENNIFER HZ LI | 601 CONGRESS ST. | | | BOSTON | MA | 02210 | | 800-333-0963 Ext. 139115 | 866-377-9577 | | 20 LARGEST UNSECURED CREDITORS |
| KURTZMAN CARSON CONSULTANTS | JOE MORROW | 2335 ALASKA AVE | | | EL SEGUNDO | CA | 90245 | | 310-751-2633 | | | CLAIMS AGENT |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | PO BOX 3064 | | | HOUSTON | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com | COUNSEL TO HARRIS COUNTY |
| MUTUAL OF OMAHA | PRESTON LASH | MUTUAL OF OMAHA PLAZA | | | OMAHA | NE | 68175 | | 281-258-2578 | 402-997-1996 | | 20 LARGEST UNSECURED CREDITORS |
| NASDAQ OMX CORPORATE SOLUTIONS | ATTN DIRECTOR OR OFFICER | ONE LIBERTY PLAZA | 165 BROADWAY | | NEW YORK | NY | 10006 | | 212-401-8700 | 212-401-1017 | | 20 LARGEST UNSECURED CREDITORS |
| PAY SYSTEMS OF AMERICA | DARRIN STINSON | 1321 MURFREESBORO ROAD SUITE 100 | | | NASHVILLE | TN | 37217 | | 877-877-8144 Ext. 13169 | 615-292-7882 | | 20 LARGEST UNSECURED CREDITORS |
| PERUPETRO S.A. | GERENCIA GENERAL | AV. LUIS ALDANA NO. 320 | | | LIMA 41 | | | PERU | | 51-1-617-1801 | | 20 LARGEST UNSECURED CREDITORS |
| ROBERT C. KINNEAR JR. | | 14 EAST HORIZON RIDGE PLACE | | | THE WOODLANDS | TX | 7381 | | 281-364-8882 | | bob.kinnear@att.net | MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |
| SECURITIES AND EXCHANGE COMMISSION | ANGELA DODD | 175 WEST JACKSON BLVD STE 900 | | | CHICAGO | IL | 60604 | | 312-353-7400 | 312-353-7398 | dodda@sec.gov | SECURITIES AND EXCHANGE COMMISSION |
| SECURITIES AND EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 | | 202-942-8088 | 202-772-9295 | secbankruptcy@sec.gov | SECURITIES AND EXCHANGE COMMISSION |
| SHEAKLEY PENSION ADMINISTRATION | CHRISTINA BLEVINS | ONE SHEAKLEY WAY | | | CINCINNATI | OH | 45246 | | 800-877-5055 Ext. 1348 | 513-326-8082 | | 20 LARGEST UNSECURED CREDITORS |
| SILVERBACK ASSET MANAGEMENT, L.L.C. | DAN MAGID | 1414 RALEIGH RD., SUITE 250 | | | CHAPEL HILL | NC | 27517 | | 919-969-9300 | 919-969-9828 | dmagid@silverbackasset.com | MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |
| STANDARD & POOR'S FINANCIAL SERVICES (CUSIP) | ATTN DIRECTOR OR OFFICER | 55 WATER STREET | | | NEW YORK | NY | 10041 | | 212-438-1000 | 212-412-0224 | | 20 LARGEST UNSECURED CREDITORS |
| STANDARD & POOR'S RATING SERVICES | ATTN DIRECTOR OR OFFICER | 2542 COLLECTION CENTER DRIVE | | | CHICAGO | IL | 60693 | | | see CUSIP fax | | 20 LARGEST UNSECURED CREDITORS |
| STROOCK & STROOCK & LAVAN LLP | KRISTOPHER M. HANSEN, FRANK A MEROLA, MATTHEW G GAROFALO & ELIZABETH TAVERAS | 180 MAIDEN LANE | | | NEW YORK | NY | 10038 | | 212-806-5400 | 212-806-6006 | bpzchapter11@stroock.com | COUNSEL TO THE DEBTOR |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | | 111 EAST 17TH STREET | | | AUSTIN | TX | 78774 | | 512-463-4000 | 512-475-0352 | texas.comptroller@cpa.state.tx.us | 20 LARGEST UNSECURED CREDITORS |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS JASON STARKS ASST ATTORNEY GENERAL | C O SHERRI K SIMPSON AG OFC | PO BOX 12548 | BANKRUPTCY & COLLECTIONS DIVISION | | AUSTIN | TX | 78711-2548 | | 512-475-4562 | 512-936-1409 | bk-jstarks@texasattorneygeneral.gov; sherri.simpson@texasattorneygeneral.gov | ATTORNEY GENERAL OF TEXAS |
| TEXAS MUTUAL INSURANCE CO. | ATTN DIRECTOR OR OFFICER | 6210 EAST HIGHWAY 290 | | | AUSTIN | TX | 78723-1098 | | 512-224-3800 | 512-505-6291 | | 20 LARGEST UNSECURED CREDITORS |
| T-MOBILE | LEWIS PREISSINGER | 12920 SE 38TH STREET | | | BELLEVUE | WA | 98006 | | 713-407-4142 | 425-378-4920 | | 20 LARGEST UNSECURED CREDITORS |
| UNITED HEALTHCARE | ATTN DIRECTOR OR OFFICER | 9900 BREN RD. E. MN008-T-615 | | | MINNETONKA | MN | 55343 | | 800-842-2656 | 952-936-3290 | | 20 LARGEST UNSECURED CREDITORS |
| UNITED HEALTHCARE | JIM ANDERSON | DEPT. CH 10151 | | | PALATINE | IL | 6055-0151 | | 866-432-5992 Ext. 64597 | See below | | 20 LARGEST UNSECURED CREDITORS |
| US ATTORNEYS OFFICE | SOUTHERN DISTRICT OF TEXAS | 1000 LOUISIANA ST STE 2300 | | | HOUSTON | TX | 77002 | | 713-564-9000 | 713-718-3300 | usatxs.atty@usdoj.gov | OFFICE OF THE US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS - HOUSTON |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS | HECTOR DURAN | 515 RUSK ST STE 3516 | | | HOUSTON | TX | 77002 | | 713-718-4650 | 713-718-4670 | hector.duran.jr@usdoj.gov | US TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS |
| WELLS FARGO BANK N.A. | AS TRUSTEE FOR THE 8.5% CONVERTIBLE SENIOR NOTES DUE 2017 | ATTENTION: CORPORATE TRUST, MUNICIPAL AND SERVICES, BREND BORIL | 750 NORTH ST. PAUL PLACE, SUITE 1750 | MAC T9263-170 | DALLAS | TX | 75201 | | | 214-756-7401 | | WELLS FARGO, AS INDENTURE TRUSTEE FOR THE 8.5% CONVERTIBLE SENIOR 2017 NOTES; 20 LARGEST UNSECURED CREDITORS (TOP 20) |
| WELLS FARGO BANK N.A. | THOMAS M KORSMAN VP | 625 MARQUETTE AVE 16TH FL | MAC N9311-161 | | MINNEAPOLIS | MN | 55402 | | 612-466-5890 | 866-680-1777 | thomas.m.korsman@wellsfargo.com | COUNSEL TO WELLS FARGO NA IN ITS CAPACITY AS TRUSTEE RE INDENTURE AS OF 2/8/2010 AND INDENTURE AS OF 9/24/2013; MEMBER OF THE COMMITTEE OF UNSECURED CREDITORS |
| WELLS FARGO BANK N.A. | TRUSTEE FOR THE 6.5% CONVERTIBLE SENIOR NOTES DUE 2015 | ATTN: CORPORATE TRUST SERVICES | 1445 ROSS AVENUE, SECOND FLOOR | MAC T5303-022 | DALLAS | TX | 75202 | | 214-777-4076 | 214-777-4086 | | WELLS FARGO, AS INDENTURE TRUSTEE FOR THE 6.5% CONVERTIBLE SENIOR NOTES; 20 LARGEST UNSECURED CREDITORS (TOP 20) |
| WUNDERLICH SECURITIES, INC. | ATTN DIRECTOR OR OFFICER | 6000 POPLAR AVENUE, SUITE 100 | | | MEMPHIS | TN | 38119 | | 901-251-1330 | 901-251-1349 | | 20 LARGEST UNSECURED CREDITORS |