

ENTERED
06/24/2015

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BPZ Resources, Inc., | § | Case No.: 15-60016 (DRJ) |
| | § | |
| Debtor. | § | |

**AGREED ORDER GRANTING DEBTOR'S MOTION EXTENDING THE EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**
[Relates to Dkt. No. 198]

Upon consideration of the motion of BPZ Resources, Inc. (the "Debtor") for entry of an order extending the Debtor's exclusive periods to file and solicit acceptances of a chapter 11 plan (the "Motion"), the Court finds that: (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b); (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Motion is in the best interest of the Debtor and its estate, creditors, and other parties-in-interest; (d) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (e) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings before the Court in connection with the Motion. Therefore, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's exclusive period to file a chapter 11 plan is extended through and including August 6, 2015.

3. The relief granted herein is without prejudice to the Debtor seeking any additional extensions of the periods provided in Bankruptcy Code section 1121.

-2-

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Respectfully submitted,

HAWASH MEADE GASTON NEESE & CICACK LLP

By: ___*/s/ Walter J. Cicack*___
WALTER J. CICACK
Texas State Bar No. 04250535
2118 Smith Street
Houston, Texas 77002
Telephone: (713) 658-9001
Facsimile: (713) 658-9011

And

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (admitted *pro hac vice*)
Frank A. Merola (admitted *pro hac vice*)
Matthew G. Garofalo (admitted *pro hac vice*)
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for the Debtor and Debtor-In-Possession*

-3-

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   */s/ Meredith A. Lahaie*
      Charles R. Gibbs
      Marty L. Brimmage, Jr.
      1700 Pacific Avenue, Suite 4100
      Dallas, Texas 75201
      Telephone: (214) 969-2800
      Facsimile: (214) 969-4343

and

Michael S. Stamer (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel for the Official Committee of Unsecured Creditors*


SO ORDERED.

**Signed:  June 24, 2015.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**