**DISCLOSURE STATEMENT EXHIBIT B**

**CHAPTER 11/7 LIQUIDATION ANALYSIS COMPARISON**

**Liquidation Analysis**
**Estimated Assuming Plan Confirmation on 10/31/15**
*($ in millions)*

|  | Chapter 11 Low | Chapter 11 High | Chapter 7 |
|---|---:|---:|---:|
| **TOTAL ESTIMATED PROCEEDS AVAILABLE FOR DISTRIBUTION** | 39.42 | 51.87 | 38.92 |
| | | | |
| **Estimated Administrative and Priority Claims** | | | |
| Administrative Operating Costs: | | | |
| Total Operational Wind-Down Costs | 2.19 | 0.99 | 3.19 |
| Professional Fees | 9.50 | 7.50 | 10.50 |
| Priority Claims | 0.02 | 0.02 | 0.02 |
| Other Administrative Claims | 3.18 | 2.38 | 3.18 |
| **Total Estimated Administrative and Priority Claims** | 14.89 | 10.89 | 16.89 |
| | | | |
| **PROCEEDS AVAILABLE FOR UNSECURED CREDITORS** | 24.53 | 40.98 | 22.03 |
| | | | |
| **Estimated General Unsecured Creditors** | | | |
| Convertible Notes Claims | 227.03 | 227.03 | 227.03 |
| Other General Unsecured Claims | 1.79 | 0.09 | 1.79 |
| Total General Unsecured Claims | 228.82 | 227.12 | 228.82 |
| | | | |
| *% Recovery* | 10.7% | 18.0% | 9.6% |