**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BPZ Resources, Inc., | § | Case No.: 15-60016 (DRJ) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF PJT PARTNERS LP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE (AND FINAL APPROVAL) OF COMPENSATION FOR NECESSARY SERVICES RENDERED AND FOR THE REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OF MAY 1, 2015 THROUGH JULY 31, 2015**

Upon consideration of the *First and Final Application of PJT Partners LP as Financial Advisor to the Official Committee of Unsecured Creditors for Allowance (and Final Approval) of Compensation for Necessary Services Rendered and for the Reimbursement of all Actual and Necessary Expenses Incurred for the Period of May 1, 2015 Through July 31, 2015* (the "Application"), filed by PJT Partners LP ("PJT"), and this Court having reviewed the Application and the entire record in this case and noting that any objections thereto are overruled, and good and sufficient notice of the Application and of the relief requested therein having been provided under the circumstances and that no other or further notice is required, and good cause existing to grant the Application, it is HEREBY ORDERED THAT:

1.   The Application is granted as set forth herein.

2.   PJT's fees in the amount of $1,450,000 and reimbursement of expenses in the amount of $59,973.78 for the period May 1, 2015 through and including July 31, 2015 are hereby allowed on a final basis.

3. The Debtor is authorized and directed to pay within three (3) business days of entry of this Order the unpaid portion of such allowed fees and expenses, net of any crediting, in the amount of $1,504,884.39.

4. PJT is granted an administrative expense claim for all allowed amounts awarded herein.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2015

_____
THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE