

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

ENTERED
03/22/2016

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BPZ Resources, Inc., | § | Case No.: 15-60016 (DRJ) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FINAL APPLICATION OF FERRERO
ABOGADOS FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES
AS PERUVIAN COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD APRIL 28, 2015 THROUGH DECEMBER 31, 2015**
(Docket No. 432)

Upon consideration of the *Final Application of Ferrero Abogados for Allowance and Payment of Fees and Expenses as Peruvian Counsel to the Official Committee of Unsecured Creditors for the Period April 28, 2015 through December 31, 2015* (the "Application"), filed by Ferrero Abogados ("Ferrero"), and this Court having reviewed the Application and the entire record in this case and noting that any objections thereto are overruled, and good and sufficient notice of the Application and of the relief requested therein having been provided under the circumstances and that no other or further notice is required, and good cause existing to grant the Application, it is HEREBY ORDERED THAT:

1. The Application is granted as set forth herein.

2. Ferrero's fees in the amount of $9,711.40 for the period April 28, 2015 through and including December 31, 2015 are hereby allowed on a final basis.

3. The Debtor is authorized and directed to pay within three (3) business days of entry of this Order the unpaid portion of such allowed fees, in the amount of $1,943.06 to Ferrero.

4.   Ferrero is granted an administrative expense claim for all allowed amounts awarded herein.

5.   This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed:  March 22, 2016**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**